UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SHOUBAKI, HASAN, | ) | CASE NO.  05 B 58660 |
| | ) | |
| | ) | |
| DEBTOR. | ) | HON. EUGENE R. WEDOFF |

**NOTICE OF FILING OF U.S. TRUSTEE'S
CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT**

**To:** **Gregg Szilagyi, Esq.
Levenfeld Pearlstein, LLC
Two North LaSalle Street
Suite 1300
Chicago, IL 60602
Registrant's e-mail: gszilagyi@lplegal.com**

**Please Take Notice** that on **January 4, 2007**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final Report.

                                            WILLIAM T. NEARY
                                            UNITED STATES TRUSTEE


DATED: January 4, 2007                      BY: /s/ Dean C. Harvalis
                                            Dean C. Harvalis, Assistant U.S. Trustee
                                            Attorney Id. # 03126564
                                            OFFICE OF THE U.S. TRUSTEE
                                            227 WEST MONROE, SUITE 3350
                                            CHICAGO, ILLINOIS  60606
                                            (312) 886-5783

**CERTIFICATE OF SERVICE**

I, Dean C. Harvalis, an attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report was accomplished through the Court's Electronic Notice for Registrants on January 7, 2007.

                                            /s/ Dean C. Harvalis