**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| IN RE:<br><br>SHOUBAKI, HASAN,<br><br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-58660 ERW<br><br>JUDGE EUGENE R. WEDOFF |
|---|---|

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT sitting at the Federal Court House located at 219 South Dearborn, Chicago, Illinois in Courtroom 744 or any other Court Room which may be assigned before the Honorable Eugene R. Wedoff

   On: February 6, 2007         At: 10:00 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

| | | |
|---|---|---:|
| a. Receipts | $ | 320,213.38 |
| b. Disbursements | $ | 267,638.84 |
| c. Net Cash Available for Distribution | $ | 52,574.54 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---:|---:|---:|
| GREGG SZILAGYI<br>Trustee | 0.00 | $18,510.67 | $0.00 |
| JOSEPH A. BALDI & ASSOCIATES<br>Attorney for Trustee | 0.00 | $10,471.00 | $0.00 |
| POPOWCER KATTEN LTD.<br>Accountant for Trustee | 0.00 | $960.00 | $0.00 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

6. Claims of general unsecured creditors totaling $36,803.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 61.50%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | AMERICAN EXPRESS BANK FSB | $ 7,471.88 | $ 4,594.97 |
| 3 | CHASE BANK USA, N.A. 1 | $ 10,041.82 | $ 6,175.40 |
| 1 | DISCOVER BANK | $ 6,899.65 | $ 4,243.07 |
| 4 | EBY-BROWN | $ 11,320.61 | $ 6,961.82 |
| 6 | EM MED, PC | $ 492.00 | $ 302.56 |
| 5 | KOHL'S DEPARTMENT STORE | $ 577.83 | $ 355.05 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| CHECKING, SAVINGS, ETC. – FIFTH THIRD | 100.00 |
| CHECKING, SAVINGS, ETC. – GREAT LAKES | 100.00 |
| HOUSEHOLD GOODS AND FURNISHINGS | 3,000.00 |
| WEARING APPAREL | 100.00 |
| STOCK- ROW, LLC | 1.00 |
| STOCK-ROYAL GLOBAL, INC. | 1.00 |
| AUTOMOBILE-1993 BMW | 250.00 |
| AUTOMOBILE-1996 BMW | 4,500.00 |
| AUTOMOBILE-1999 LEXUS | 10,000.00 |
| AUTOMOBILE-1999 HONDA | 5,000.00 |

Dated: January 8, 2007                       For the Court,

By:  KENNETH S GARDNER
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:   GREGG SZILAGYI
Address:   Two North LaSalle Street
           Suite 1300
           Chicago, IL  60602
Phone No: (312) 346-8380