**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| IN RE:<br><br>SHOUBAKI, HASAN,<br><br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-58660 ERW<br><br>JUDGE EUGENE R. WEDOFF |
|---|---|

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: U.S. BANKRUPTCY COURT sitting at the Federal Court House located at 219 South Dearborn, Chicago, Illinois in Courtroom 744 or any other Court Room which may be assigned before the Honorable Eugene R. Wedoff

    On: February 6, 2007           At: 10:00 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

| | | |
|---|---|---:|
| a. Receipts | $ | 320,213.38 |
| b. Disbursements | $ | 267,638.84 |
| c. Net Cash Available for Distribution | $ | 52,574.54 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---:|---:|---:|
| GREGG SZILAGYI<br>Trustee | 0.00 | $18,510.67 | $0.00 |
| JOSEPH A. BALDI & ASSOCIATES<br>Attorney for Trustee | 0.00 | $10,471.00 | $0.00 |
| POPOWCER KATTEN LTD.<br>Accountant for Trustee | 0.00 | $960.00 | $0.00 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment |
|---|---|---|---|---|
| | | | | |

6. Claims of general unsecured creditors totaling $36,803.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 61.50%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment |
|---|---|---|---|---|
| 2 | AMERICAN EXPRESS BANK FSB | $ 7,471.88 | $ | 4,594.97 |
| 3 | CHASE BANK USA, N.A. 1 | $ 10,041.82 | $ | 6,175.40 |
| 1 | DISCOVER BANK | $ 6,899.65 | $ | 4,243.07 |
| 4 | EBY-BROWN | $ 11,320.61 | $ | 6,961.82 |
| 6 | EM MED, PC | $ 492.00 | $ | 302.56 |
| 5 | KOHL'S DEPARTMENT STORE | $ 577.83 | $ | 355.05 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| CHECKING, SAVINGS, ETC. – FIFTH THIRD | 100.00 |
| CHECKING, SAVINGS, ETC. – GREAT LAKES | 100.00 |
| HOUSEHOLD GOODS AND FURNISHINGS | 3,000.00 |
| WEARING APPAREL | 100.00 |
| STOCK- ROW, LLC | 1.00 |
| STOCK-ROYAL GLOBAL, INC. | 1.00 |
| AUTOMOBILE-1993 BMW | 250.00 |
| AUTOMOBILE-1996 BMW | 4,500.00 |
| AUTOMOBILE-1999 LEXUS | 10,000.00 |
| AUTOMOBILE-1999 HONDA | 5,000.00 |

Dated: January 8, 2007                    For the Court,

By:

KENNETH S GARDNER
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:    GREGG SZILAGYI
Address:    Two North LaSalle Street
            Suite 1300
            Chicago, IL  60602
Phone No: (312) 346-8380

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 05-58660   Doc 52   Filed 01/08/07   Entered 01/11/07 00:13:34   Desc Imaged
                         Certificate of Service    Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 2         Date Rcvd: Jan 08, 2007
Case: 05-58660                Form ID: pdf002          Total Served: 35

The following entities were served by first class mail on Jan 10, 2007.
db          +Hasan Shoubaki,    15410 S. Yorkshire Lane,    Orland Park, IL 60462-3849
aty         +Dana N O'Brien,    Pierce & Associates P.C.,    1 N Dearborn Street,    Suite 1300,
              Chicago, IL 60602-4331
aty         +Elizabeth C Berg,    Joseph A. Baldi & Associates,    19 S Lasalle Street, , Suite 1500,
              Chicago, IL 60603-1413
aty         +Joseph A Baldi,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
aty         +Robert R Benjamin,    Querrey & Harrow, Ltd.,    175 West Jackson Boulevard,    Suite 1600,
              Chicago, IL 60604-2686
aty         +William R. Brodzinski,    Mulherin, Rehfeldt & Varchetto P.C.,    211 S. Wheaton Ave.,    Ste. 200,
              Wheaton, IL 60187-5251
tr          +Gregg Szilagyi,    Levenfeld Pearlstein, LLC,    Two North LaSalle Street,    Suite 1300,
              Chicago, IL 60602-3709
cr         ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,    GRAND RAPIDS MI 49546-6253
              (address filed with court:  Fifth Third Bank,    38 Fountain Square Plaza,
              Cincinnati, OH 45263-0001)
cr          +GMAC Mortgage Corporation,    500 Enterprise Road, Suite 150,    Post Office Box 969,
              Horsham, PA 19044-0969
10571677    +American Express,    P O Box 36002,    Ft. Lauderdale, FL 33336-0001
10794102     American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10318054    +Bay Radiological Cons. Plc.,    302 Center Ave.,    Bay City, MI 48708-5938
10318055     Bay Regional Medical Center,    PO Box 68,    Bay City, MI 48707-0068
10571678    +Capital One, FSB,    P O Box 790217,    Saint Louis, MO 63179-0217
10318057    +Charter Township of Bangor,    180 State Park Dr.,    Bay City, MI 48706-1763
10318058     Chase,   Cardmember Service,    Wilmington, DE 19886-5153
10799276    +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
10318059     Consumers Energy,    c/o Customer Operations/Revenue Rec,    PO Box 201,
              Grand Rapids, MI 49501-0201
10318060    +Dr. Joseph,    714 S. Trumbull,    Bay City, MI 48708-4217
10318061    +Eby-Brown,    PO Box 970136,    Ypsilanti, MI 48197-0803
10318062     Em Med, PC,    42536 Hayes #800,    Clinton Township, MI 48038-6767
10318063    +Fifth Third Bank,    PO Box 5052,    Southfield, MI 48086-5052
10318064    +Financial Advisory Services,    2855 Coolidge, Suite 200,    Troy, MI 48084-3216
10318065    +GMAC Mortgage Corp.,    3451 Hammond Ave.,    PO Box 780,    Waterloo, IA 50704-0780
10318066    +Great Lakes Bank,    13057 S. Western Ave.,    Blue Island, IL 60406-2418
10806469    +Kohl's Department Store,    c/o Creditors Bankruptcy Service,    P O Box 740933,
              Dallas, TX 75374-0933
10571680    +Kohl's Payment Center,    P O Box 2983,    Milwaukee, WI 53201-2983
10318067    +Michigan Cardiovascular Institution,    1015 S. Washington AVe.,    Saginaw, MI 48601-2556
10318068     National City,    4653 E. Main # 16-0410,    Columbus, OH 43213-3129
10571681    +National City Bank of the Midwest,    P O Box 8043,    Royal Oak, MI 48068-8043
10318069     National City Mortgage,    4653 E. Main,    Columbus, OH 43213-3129
10318070    +Pantall-Gallup, LLC,    d/b/a Van Buren Oil,    17760 Telegraph Rd.,    Romulus, MI 48174-9675
10318071    +SBC,    Bill Payment Center,    Saginaw, MI 48663-0001
The following entities were served by electronic transmission on Jan 09, 2007.
10789641    +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 09 2007 02:48:48
              Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard OH 43026-8003
10571679    +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 09 2007 02:48:48     Discover Card,   P O Box 30395,
              Salt Lake City, UT 84130-0395
                                                                                               TOTAL: 2
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Joseph A Baldi & Associates Pc
aty          Jospeh A Baldi
acc          Lois West
acc          Popowcer Katten LTD
10318056*    Bay Regional Medical Center,   PO Box 68,   Bay City, MI 48707-0068
                                                                                               TOTALS: 4, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Jan 08, 2007
Case: 05-58660                Form ID: pdf002          Total Served: 35

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 10, 2007**                               **Signature:**     _/s/ Joseph Speetjens_