IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| HASAN SHOUBAKI, | ) | CASE NO. 05-58660-ERW |
| | ) | |
| Debtor | ) | Hon. EUGENE R. WEDOFF |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO: THE HONORABLE EUGENE R. WEDOFF
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed. Evidence of canceled checks and the final bank statement reflecting a balance of zero for this estate are attached as Group Exhibit "B."

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

| | |
|---|---|
| February 25, 2008 | Gregg Szilagyi |
| DATE | TRUSTEE |

Gregg Szilagyi
One South Wacker Drive
Chicago, Illinois 60606
(312) 634-4748

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| SHOUBAKI, HASAN | ) | CASE NO. 05-58660-ERW |
| | ) | |
| Debtor(s). | ) | Hon. Eugene R. Wedoff |

### DISTRIBUTION REPORT

I, GREGG SZILAGYI, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $29,941.67 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(2)-(a)(7), (a)(9)): | $0.00 |
| Secured Claims: | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $22,727.98 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $52,669.65 |

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $ 29,941.67 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | GREGG SZILAGYI, Trustee Compensation | $18,510.67 | $18,510.67 |
| | GREGG SZILAGYI, Trustee Expenses | $0.00 | $0.00 |
| | JOSEPH A. BALDI & ASSOCIATES, Attorney for Trustee Fees (Other Firm) | $10,471.00 | $10,471.00 |
| | POPOWCER KATTEN LTD., Accountant for Trustee Fees (Other Firm) | $960.00 | $960.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 36,803.31 | 61.76 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000002 | AMERICAN EXPRESS BANK FSB, General Unsecured 726(a)(2) | $7,471.88 | $4,614.28 |
| 000003 | CHASE BANK USA, N.A. 1, General Unsecured 726(a)(2) | $10,041.82 | $6,201.35 |
| 000001 | DISCOVER BANK, General Unsecured 726(a)(2) | $6,899.65 | $4,260.90 |
| 000004 | EBY-BROWN, General Unsecured 726(a)(2) | $11,320.61 | $6,991.07 |
| 000006 | EM MED, PC, General Unsecured 726(a)(2) | $492.00 | $303.84 |
| 000005 | KOHL'S DEPARTMENT STORE, General Unsecured 726(a)(2) | $577.35 | $356.54 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED   February 6, 2007              /s/ GREGG SZILAGYI
                                       **GREGG SZILAGYI**, Trustee

GREGG SZILAGYI (ARDC # 6198555)
TWO NORTH LASALLE STREET
SUITE 1300
CHICAGO IL 60602
Telephone:   (312) 346-8380
Facsimile:   (312) 346-8434

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

In re                                  ) Case No. 05-58660
                                       ) Chapter 7
Hasan Shoubaki,                        ) Hon. Eugene R. Wedoff
                                       )
        Debtor.                        )

### Order Awarding Compensation And Expenses

THIS MATTER BEING HEARD on the First and Final Request for Compensation and Expense Reimbursement from Joseph A. Baldi & Associates, P.C., Attorneys for Trustee, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi & Associates, P.C. is allowed compensation and expense reimbursement as follows:

1. Compensation:    $10,221.00
2. Expenses         $   250.00

    TOTAL           $10,471.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

FEB 0 6 2007

ENTERED: _____
         UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| SHOUBAKI, HASAN | ) | CASE NO. 05-58660-ERW |
| | ) | |
| Debtor(s). | ) | Hon. Eugene R. Wedoff |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on Gregg Szilagyi's (the "Trustee") final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS **HEREBY ORDERED** that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $18,510.67 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $18,510.67 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

ENTERED: FEB 0 6 2007

By: _____
United States Bankruptcy Judge

*Order Prepared by*:

GREGG SZILAGYI (ARDC #6198555)
TWO NORTH LASALLE STREET
SUITE 1300
CHICAGO IL 60602
Telephone:   (312) 346-8380
Facsimile:   (312) 346-8434

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: HASAN SHOUBAKI ) CASE NO. 05 B 58660
)
) CHAPTER 7 CASE
DEBTOR )
) HON. EUGENE R. WEDOFF
)

ORDER APPROVING COMPENSATION OF TRUSTEE'S ACCOUNTANT

THIS CAUSE coming to be heard on the Application of Trustee's Accountant for Allowance of Final Compensation and Reimbursement of Expenses ("Application");

IT APPEARING to the Court that payment of fees and reimbursement of costs requested herein is appropriate, and that the fees and expense reimbursements requested are reasonable, and notice of the Application having been duly given and no objection being heard, and therefore

IT IS HEREBY ORDERED:

A. The Application is granted.

B. Popowcer Katten, Ltd. is awarded final compensation for the period December 9, 2006 through December 15, 2006 in the amount of $960.00 and reimbursement of expenses in the amount of $0.00.

C. The Trustee is authorized to pay such amounts forthwith from funds in the bankruptcy estate as an administrative expense of the estate pursuant to section 507(a)(1) of the Bankruptcy Code.

BY THE COURT:           FEB 0 6 2007

U.S. BANKRUPTCY JUDGE

# EXHIBIT B

Page: 1

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-58660  
Case Name: HASAN SHOUBAKI  
Taxpayer ID No: XX-XXX2484  
For Period Ending: 2/25/2008  

Trustee Name: Gregg Szilagyi  
Bank Name: Bank of America  
Account Number/CD#: XXXXXXX4158 - MONEY MARKET ACCOUNT  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 6/13/2006 | 1 | Khaled Alia | EARNEST MONEY - HOME PURCHASE | 1110-000 | 1,000.00 | | 1,000.00 |
| 6/13/2006 | 1 | Khaled Alia | EARNEST MONEY - HOME PURCHASE | 1110-000 | 9,000.00 | | 10,000.00 |
| 6/30/2006 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 4.06 | | 10,004.06 |
| 7/6/2006 | 1 | KHALED ALIA<br>GMAC MORTGAGE<br>CHGO TITLE & TRUST<br>RIHAB SHOUBAKI<br>HASAN SHOUBAKI<br>COOK COUNTY<br>COOK COUNTY | PURCHASE OF 15410 YORKSHIRE LANE<br>   310,000.00<br>Debtor's Personal Residence<br>FIRST MORTGAGE (243,331.51)<br>SETTLEMENT CHARGES (1,695.00)<br>HOMESTEAD EXEMPTION (7,500.00)<br>HOMESTEAD EXEMPTION (7,500.00)<br>2005 REAL ESTATE TAXES (3,765.85)<br>PRO RATED 2006 REAL ESTATE TAXES (3,846.48) | 1110-000<br>4110-000<br>2500-000<br>8100-002<br>8100-002<br>2820-000<br>2820-000 | 42,361.16 | | 52,365.22 |
| 7/31/2006 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 33.96 | | 52,399.18 |
| 8/31/2006 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 44.50 | | 52,443.68 |
| 9/29/2006 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 43.10 | | 52,486.78 |
| 10/31/2006 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 44.58 | | 52,531.36 |
| 11/30/2006 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 43.18 | | 52,574.54 |
| 12/29/2006 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 44.65 | | 52,619.19 |
| 1/31/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 44.69 | | 52,663.88 |
| 2/5/2007 | INT | Bank of America | Interest | 1270-000 | 5.77 | | 52,669.65 |
| 2/5/2007 | | Transfer to Acct#XXXXXXX4271 | Transfer of Funds | 9999-000 | | 52,669.65 | 0.00 |

Page Subtotals  52,669.65  52,669.65

Page: 2

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-58660
Case Name: HASAN SHOUBAKI
Taxpayer ID No: XX-XXX2484
For Period Ending: 2/25/2008

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXXX4158 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| | | | Page Subtotals | | 0.00 | 0.00 | |

| | | | COLUMN TOTALS | | 52,669.65 | 52,669.65 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 52,669.65 | |
| | | | Subtotal | | 52,669.65 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | 0.00 | |
| | | | Net | | 52,669.65 | 0.00 | 0.00 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Case No: 05-58660
Case Name: HASAN SHOUBAKI
Taxpayer ID No: XX-XXX2484
For Period Ending: 2/25/2008

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4271 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 2/5/2007 | | Transfer from Acct#XXXXXX4158 | Transfer of Funds | 9999-000 | 52,669.65 | | 52,669.65 |
| 2/6/2007 | 001001 | GREGG SZILAGYI TWO NORTH LASALLE STREET SUITE 1300 CHICAGO IL 60602 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2100-000 | | 18,510.67 | 34,158.98 |
| 2/6/2007 | 001002 | JOSEPH A. BALDI & ASSOCIATES 19 SOUTH LASALLE STREET CHICAGO, ILLINOIS 60602 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3210-000 | | 10,471.00 | 23,687.98 |
| 2/6/2007 | 001003 | POPOWCER KATTEN LTD. 35 EAST WACKER DRIVE CHICAGO, ILLINOIS 60601 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3410-000 | | 960.00 | 22,727.98 |
| 2/6/2007 | 001004 | EM MED, PC 42536 Hayes #800 Clinton Township, MI 48038-6767 | (Final distribution to Claim 000006, representing a Payment of 61.76% per court order.) | 7100-000 | | 303.84 | 22,424.14 |
| 2/6/2007 | 001005 | DISCOVER BANK Discover Financial Services PO Box 8003 Hilliard OH 43026 | (Final distribution to Claim 000001, representing a Payment of 61.76% per court order.) | 7100-000 | | 4,260.90 | 18,163.24 |
| 2/6/2007 | 001006 | AMERICAN EXPRESS BANK FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | (Final distribution to Claim 000002, representing a Payment of 61.76% per court order.) | 7100-000 | | 4,614.28 | 13,548.96 |
| 2/6/2007 | 001007 | CHASE BANK USA, N.A. 1 c/o Weinstein & Riley, P.S. 2101 4th Ave, Ste 900 Seattle, WA 98121 | (Final distribution to Claim 000003, representing a Payment of 61.76% per court order.) | 7100-000 | | 6,201.35 | 7,347.61 |
| | | | Page Subtotals | | 52,669.65 | 45,322.04 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-58660
Case Name: HASAN SHOUBAKI
Taxpayer ID No: XX-XXX2484
For Period Ending: 2/25/2008

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXXX4271 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 2/6/2007 | 001008 | EBY-BROWN<br>PO Box 970136<br>Ypsilanti, MI 48197 | (Final distribution to Claim 000004, representing a Payment of 61.76% per court order.) | 7100-000 | | 6,991.07 | 356.54 |
| 2/6/2007 | 001009 | KOHL'S DEPARTMENT STORE<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | (Final distribution to Claim 000005, representing a Payment of 61.75% per court order.) | 7100-000 | | 356.54 | 0.00 |

```
                                                COLUMN TOTALS                           52,669.65      52,669.65
                                                Less: Bank Transfers/CD's                    0.00           0.00
                                                Subtotal                                52,669.65      52,669.65
                                                Less: Payments to Debtors                    0.00           0.00
                                                Net                                     52,669.65      52,669.65
```

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET ACCOUNT - XXXXXXX4158 | 52,669.65 | 0.00 | 0.00 |
| CHECKING ACCOUNT - XXXXXXX4271 | 0.00 | 52,669.65 | 0.00 |
| TOTAL OF ALL ACCOUNTS | 52,669.65 | 52,669.65 | 0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Page Subtotals    0.00    7,347.61

**Bank of America**

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS   75283-2406

Account Number    3754454271
01 01 148 06 M0000 E#        0
Last Statement:   12/31/2007
This Statement:   01/31/2008

ESTATE OF
SHOUBAKI, HASAN, DEBTOR
GREGG SZILAGYI - TRUSTEE
05-58660
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****

Customer Service
1-877-757-8233

Page      1 of    2

Bankruptcy Case Number:0558660

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 01/01/2008 - 01/31/2008 | | Statement Beginning Balance | .00 |
| Number of Deposits/Credits | 0 | Amount of Deposits/Credits | .00 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | .00 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 12/31 | .00 | .00 | 01/31 | .00 | .00 |

Recycled Paper